1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KRISTOPHER M. RICHARDSON,

11              Plaintiff,                    No. CIV S-04-2625 MCE KJM P

12         vs.

13   HIGH DESERT STATE PRISON, et al.,

14              Defendants.            ORDER FOR PAYMENT

15   _____/    OF INMATE FILING FEE

16   To:  The Director of the California Department of Corrections, 1515 S Street, Sacramento,

17   California 95814:

18              Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

19   pay the statutory filing fee in effect at the time of filing of this action, $150.00.  28 U.S.C.

20   § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent

21   of the preceding month's income credited to plaintiff's trust account.  The California Department

22   of Corrections is required to send to the Clerk of the Court payments from plaintiff's account

23   each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.

24   28 U.S.C. § 1915(b)(2).

25              In accordance with the above and good cause appearing therefore, IT IS HEREBY

26   ORDERED that:

                                        1

1.  The Director of the California Department of Corrections or a designee shall collect monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2) until a total of $150.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.

2.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis affidavit on Director, California Department of Corrections, 1515 S Street, Sacramento, California 95814.

3.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED:  May 19, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
rich2625.cdc.a