IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTOPHER M. RICHARDSON,

      Plaintiff,             No. CIV S-04-2625 MCE KJM P

   vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.      <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed under 42 U.S.C. § 1983. By order filed May 20, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

      Plaintiff's amended complaint states cognizable claims for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Eighth Amendment claims against defendants. With respect to the other claims and defendants identified in plaintiff's amended complaint, plaintiff's amended complaint fails to state a claim upon which relief can be granted. Therefore, the court will only order service of process on the defendants identified above.

/////

1   In accordance with the above, IT IS HEREBY ORDERED that:

2       1.  Service is appropriate for defendants Shaver, Sloan, Patton, Smith and

3   Kesslinger.

4       2.  The Clerk of the Court shall send plaintiff five USM-285 forms, one summons,

5   an instruction sheet and a copy of the amended complaint filed June 13, 2005.

6       3.  Within thirty days from the date of this order, plaintiff shall complete the

7   attached Notice of Submission of Documents and submit the following documents to the court:

8           a.  The completed Notice of Submission of Documents;

9           b.  One completed summons;

10          c.  One completed USM-285 form for each defendant listed in number 1

11          above; and

12          d.  Six copies of the endorsed amended complaint filed June 13, 2005.

13      4.  Plaintiff need not attempt service on defendants and need not request waiver of

14  service.  Upon receipt of the above-described documents, the court will direct the United States

15  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

16  without payment of costs.

17  DATED:  May 3, 2006.

18

19                                      _____
                                        UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24  <sup>1</sup>
    rich2625.1(6.13.05)

25

26

                                    2

1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KRISTOPHER M. RICHARDSON,

11              Plaintiff,                    No. CIV-S-04-2625 MCE KJM P

12        vs.

13   HIGH DESERT STATE PRISON, et al.,        NOTICE OF SUBMISSION

14              Defendants.                   OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              ___1___        completed summons form

19              ___5___        completed USM-285 forms

20              ___6___        copies of the ____6/13/05_____
                                      Amended Complaint
21   DATED:

22

23                                      _____
                                        Plaintiff
24

25

26