IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRISTOPHER M. RICHARDSON,

    Plaintiff,

  v.

HIGH DESERT STATE PRISON, et al.,

    Defendants.

                                /

No. 2:04-cv-2625-MCE-KJM-P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 10, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

///

///

///

1

1 | The court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY
3 | ORDERED that:
4 |     1. The findings and recommendations filed July 10, 2006, are adopted in full; and
5 |     2. This action is dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).
6 | DATED: September 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE